

# United States District Court
# Eastern District of California

| United States of America | Case Number: 1:20-cr-00238-JLT-SKO |
|---|---|

Plaintiff(s)

V.

Kenneth Johnson

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Andrea L. Luem, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Kenneth Johnson

On 01/06/2015 (date), I was admitted to practice and presently in good standing in the U.S. District Court for the District of Nevada (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/13/2022                Signature of Applicant: /s/ Andrea Luem

---

U.S. District Court – Pro Hac Vice Application                                                               Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Andrea L. Luem, Esq. |
| Law Firm Name: | The Law Offices of Andrea L. Luem, Esq. |
| Address: | 400 South 4th Street, Suite 500 |
| City: | Las Vegas      State: NV     Zip: 89102 |
| Phone Number w/Area Code: | (702) 575-0481 |
| City and State of Residence: | Las Vegas, NV |
| Primary E-mail Address: | andrea@luemlaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Roger S. Bonakdar, Esq. |
| Law Firm Name: | Bonakdar Law Firm |
| Address: | 2344 Tulare St, #200 |
| City: | Fresno      State: CA     Zip: 93721 |
| Phone Number w/Area Code: | (559) 495-1545 |
| Bar #: | 253920 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/17/2022

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT