

United States District Court
Eastern District of California

| United States of America | Case Number: | 1:20-cr-0238-JLT-SKO |

Plaintiff(s)

V.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Kenneth Johnson

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Ryan J. Villa _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Kenneth Johnson

On _____09/05/2005_____ (date), I was admitted to practice and presently in good standing in the

US District Court for the District of New Mexic (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____10/19/2022_____          Signature of Applicant: /s/ Ryan J. Villa _____

**Pro Hac Vice Attorney**

Applicant's Name: Ryan J. Villa

Law Firm Name: The Law Office of Ryan J. Villa

Address: 5501 Eagle Rock Ave NE, Suite C2

City: Albuquerque    State: NM    Zip: 87113

Phone Number w/Area Code: (505) 639-5709

City and State of Residence: Albuquerque, NM

Primary E-mail Address: ryan@rjvlawfirm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Roger S. Bonakdar, Esq.

Law Firm Name: Bonakdar Law Firm

Address: 2344 Tulare St., #200

City: Fresno    State: CA    Zip: 93721

Phone Number w/Area Code: (559) 495-1545    Bar # 25392

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/20/2022

*Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT