```
PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>FRANCIS CLEMENT, ET AL.,<br><br>            Defendants. | CASE NO. 1:20-CR-00238-JLT-SKO<br><br>STIPULATION TO MOTION SCHEDULE; ORDER |

### STIPULATION

The United States, by and through Assistant United States Attorney Stephanie M. Stokman and counsel for defendants Francis Clement, Kenneth Johnson, and Brandon Bannick, hereby stipulate and agree to a briefing schedule and hearing date on a motion for discovery filed by defendant Francis Clement. Dkt. 472. Consistent with Local Rule 302(b)(1), the hearing date set below is for the Magistrate Judge.

    1.     On November 17, 2022, defendant Clement filed a motion in the above matter. Dkt. 472.

    2.     Defendants Johnson and Bannick joined in the motion. Dkts. 473 and 474.

    3.     Counsel agree and stipulate that the following motion schedule shall apply:

          a)     Opposition to motion shall be filed no later than December 6, 2022.

          b)     Counsel for defendants may file a reply on December 7, 2022, by 9:00 a.m.

//

   c) The Court will hold a hearing on the motion on December 7, 2022, at 1:00 p.m. during the scheduled status conference date for this matter.

IT IS SO STIPULATED.

Dated:  November 23, 2022        PHILLIP A. TALBERT
                    United States Attorney

                    /s/ STEPHANIE M. STOKMAN
                    STEPHANIE M. STOKMAN
                    Assistant United States Attorney

Dated:  November 23, 2022        /s/ JANE FISHER-BYRIALSEN
                    /s/ JAMES A. CASTLE
                    JANE FISHER-BYRIALSEN
                    JAMES A. CASTLE
                    Counsel for Defendant
                    FRANCIS CLEMENT

Dated:  November 23, 2022        /s/ RYAN VILLA
                    /s/ ANDREA L. LUEM
                    RYAN VILLA
                    ANDREA L. LUEM
                    Counsel for Defendant
                    KENNETH JOHNSON

Dated:  November 23, 2022        /s/ IVETTE AMELBURU MANINGO
                    /s/ AMY E. JACKS
                    IVETTE AMELBURU MANINGO
                    AMY E. JACKS
                    Counsel for Defendant
                    BRANDON BANNICK

**FINDINGS AND ORDER**

The parties have agreed to the following schedule regarding the motion for discovery filed by defendant Francis Clement. Docket No. 472:

Government's Opposition brief is due: December 6, 2022

Defendant's Reply brief, if counsel chooses to file a Reply brief is due: December 7, 2022, at 9:00 a.m.

In light of the parties' proposed schedule, the discovery motion shall be heard before a Magistrate Judge via Zoom on December 21, 2022 at 1 p.m.  Alternatively, the parties may stipulate by *no later than  December 1, 2022*, to have the matter heard on Wednesday, February 1, 2023, at 1 p.m.

IT IS SO ORDERED.

Dated:   **November 28, 2022**             /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE