JAMES A. CASTLE
Castle & Castle, PC
1544 Race Street
Denver, CO 80206
P: (303) 675-0500
F: (303) 329-5500
jcastlelaw@gmail.com

Attorney for:
FRANCIS CLEMENT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**FRANCIS CLEMENT,**

Defendant.

Criminal case No. 20-CR-238-JLT-SKO

**STIUPLATION AND ORDER RE MOTION FOR SPECIFIC DISCOVERY**

Mr. Clement, by and through counsel James A. Castle and Jane Fisher-Byrialsen, counsel for defendants Kenneth Johnson, Brandon Bannick and Justin Gray, and the United States, by and through Assistant United States Attorney Stephanie M. Stokman, hereby stipulate, agree and request that the Court hold the defendants' Motion for Order re Specific Discovery (Doc. No 472) in abeyance for 60 days, to February 21, 2023, to allow the parties to attempt to resolve discovery disputes. The parties further stipulate that:

1. That the Court need not rule on the motion on the currently scheduled January 18, 2023, status hearing and therefore the hearing on that motion may be vacated.
2. The defense shall file a status report on or before February 21, 2023, regarding the parties' progress in resolving discovery matters.

**ORDER**

The Court accepts the stipulation of the parties regarding the motion for discovery filed by defendant Francis Clement. Docket No. 472. Accordingly, the Court FINDS:

The Court shall VACATE the motions portion of the January 18, 2023, hearing.

The defense shall file a status report on or before February 21, 2023, regarding the parties' progress in resolving discovery matters.

IT IS SO ORDERED.

DATED: 1/4/2022

Sheila K. Oberto

UNITED STATES MAGISTRATE JUDGE