Ryan J. Villa
5501 Eagle Rock Ave NE, Ste C2
Albuquerque, NM 87113
(505) 639-5709

Attorney for Defendant,
KENNETH JOHNSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KENNETH BASH,<br>KENNETH JOHNSON,<br>FRANCIS CLEMENT,<br>BRANDON BANNICK,<br>JUSTIN GRAY,<br>DEREK SMITH,<br>MARLON PALMER,<br>SAMANTHA BOOTH, and<br>AMANDA GOURLEY,<br><br>  Defendants. | Criminal case No. 1:20-CR-238-JLT-SKO<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S OPPOSITION; ORDER** |

## STIPULATION

Defendant Mr. Kenneth Johnson, by counsel, The Law Office of Ryan J. Villa, by Ryan J. Villa, and Andrea Luem, submits the following stipulation to extend the time within which to file his reply to the government's Opposition to Motion for Order re Specific Discovery [Dkt. 526] and Motion for Order to United States to File Unsealed and Unredacted Indictment [Dkt. 528]. The United States and Mr. Johnson have agreed that Mr. Johnson may have until April 7, 2023, to file his reply.

**STIPULATION**

Defendant, Kenneth Johnson, by and through his counsel of record, joined by the United States of America, hereby stipulate as follows:

1. Mr. Johnson filed his Motions [Dkt. Nos. 526 and 528] on February 17 and 20, 2023.

2. The parties stipulated that the United States could file its opposition to these motions on March 24, 2023. *See* Stipulation to Motion Schedule; Order [Dkt. 539].

3. Per this Stipulation, Mr. Johnson's reply is due March 31, 2023. *Id.*

4. A hearing on the Motions is now scheduled for May 17, 2023. *See* Minutes [Dkt. 556].

5. Due to the press of other business, counsel for Mr. Johnson needs additional time to prepare the reply. Specifically, counsel was in an all day evidentiary hearing on March 28, 2023 in the United States District Court for the District of New Mexico. Preparation for and the conducting of this hearing, as well as attending to matters following the hearing has prevented counsel from finishing the reply.

6. No prejudice will occur to any party as the result of this 7-day extension of time.

7. Accordingly, Mr. Johnson's reply shall be filed on or before April 7, 2023.

IT IS SO STIPULATED.

Dated: March 29, 2023   /s/ RYAN VILLA
/s/ ANDREA L. LUEM
ANDREA L. LUEM
RYAN VILLA
Counsel for Defendant
KENNETH JOHNSON

Dated: March 29, 2023   /s/ PHILLIP A. TALBERT
PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

DATED: 3/31/2023

_Sheila K. Oberto_
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE