Ryan J. Villa
5501 Eagle Rock Ave NE, Ste C2
Albuquerque, NM 87113
(505) 639-5709
ryan@rjvlawfirm.com
Andrea L. Luem
400 South Fourth Street, Ste 500
Las Vegas, NV 89101
(702) 575-0481
andrea@luemlaw.com
Attorneys for:
KENNETH JOHNSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **KENNETH JOHNSON,** <br><br> Defendant. | Criminal case No. 20-CR-238-JLT-SKO <br><br><br> **DEFENDANT JOHNSON'S PROPOSED ORDER APPOINTING LOCAL COUNSEL** |

THIS MATTER having come before the Court on Mr. Kenneth Johnson's substitution of Peter N. Kapetan as local counsel in place of Roger S. Bonakdar, Esq., finds that the order is well taken and should be granted.

IT IS THEREFORE ORDERED that Peter N. Kapetan, is appointed as local counsel for Defendant Kenneth Johnson.

IT IS FURTHER ORDERD that Roger S. Bonakdar is hereby withdrawn.

Dated: 7/7/2023                    *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE COURT JUDGE