Ryan J. Villa
5501 Eagle Rock Ave NE, Ste C2
Albuquerque, NM 87113
(505) 639-5709
ryan@rjvlawfirm.com

Andrea Lee Luem, PHV
400 South Fourth Street, Ste 500
Las Vegas, NV 89101
(702) 575-0481
andrea@luemlaw.com

Attorney for Defendant,
KENNETH JOHNSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br><br> **KENNETH JOHNSON,** <br><br> Defendant. | Criminal case No. 20-CR-238-JLT-SKO <br><br> **STIPULATION REGARDING EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S OPPOSITION [DKT. 737]; FINDINGS AND ORDER** |

  Defendant Mr. Kenneth Johnson, by counsel, The Law Office of Ryan J. Villa, by Ryan J. Villa, and Andrea Luem, submits the following stipulation to extend the time within which to file his reply to the government's Opposition to Motion to Sever [Dkt. 722]. The United States and Mr. Johnson have agreed that Mr. Johnson may have until August 22, 2023 to file his reply.

  Defendant, Kenneth Johnson, by and through his counsel of record, joined by the United States of America, hereby stipulate as follows:

  1. Mr. Johnson filed his Motion [Dkt. No. 722] on July 28, 2023.

2. The United States filed its Opposition to Mr. Johnson's Motion to Sever [Dkt. No. 737] on August 11, 2023.

3. Mr. Johnson's reply is due August 17, 2023.

4. Due to the press of other business, counsel for Mr. Johnson needs additional time to prepare the reply. Specifically, counsel Mr. Villa is currently out of town until August 21, 2023. Additionally, Counsel Ms. Luem has been ill with Covid-19. These matters have prevented counsel from finishing the reply.

6. No prejudice will occur to any party as the result of this extension of time.

7. Accordingly, Mr. Johnson's reply shall be filed on or before August 22, 2023.

IT IS SO STIPULATED.

Dated: August 17, 2023

/s/ RYAN VILLA
/s/ ANDREA L. LUEM
ANDREA L. LUEM
RYAN VILLA
Counsel for Defendant
KENNETH JOHNSON

Dated: August 17, 2023

/s/ PHILLIP A. TALBERT
PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   August 17, 2023

HONORABLE JENNIFER L. THURSTON
United States District Judge