Ryan J. Villa
5501 Eagle Rock Ave NE, Ste C2
Albuquerque, NM 87113
(505) 639-5709
ryan@rjvlawfirm.com

Andrea Lee Luem, PHV
400 South Fourth Street, Ste 500
Las Vegas, NV 89101
(702) 575-0481
andrea@luemlaw.com

Attorneys for:
KENNETH JOHNSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Criminal case No. 20-CR-238-JLT-SKO |
| Plaintiff, | |
| v. | |
| **KENNETH JOHNSON,** | [~~PROPOSED~~] ORDER TO SEAL |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant, Kenneth Johnson's Ex Parte Application for Order Sealing Documents is GRANTED.

Defendant Johnson's Ex Parte Application to Seal, his Ex Parte Order, and the [PROPOSED] Order shall be filed *in camera* and *under seal*.

Dated: Sept. 18, 2024          _____
                               UNITED STATES DISTRICT COURT JUDGE