PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
JAMES R. CONOLLY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

JARED ENGELKING
Trial Attorney, U.S. Department of Justice
Violent Crime & Racketeering Section
1301 New York Avenue, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 514-3594

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00238 JLT SKO |
|---|---|
| Plaintiff, | STIPULATION AND JOINT REQUEST FOR PROTECTIVE ORDER; PROTECTIVE ORDER |
| v. | |
| BASH, ET AL., | |
| Defendant. | |

**STIPULATION**

1. Plaintiff United States of America, by and through its undersigned attorneys of record, and defendants Justin Gray, Brandon Bannick, Kenneth Johnson, Francis Clement, Evan Perkins, Jayson Weaver, and Waylon Pitchford, by and through their respsective undersigned attorneys of record ("Defense Counsel"), for the reasons set forth below, hereby stipulate, agree, and jointly request that the Court enter a Protective Order in this case restricting the use and dissemination of certain materials related to the grand jury that the Court has ordered to be produced.

2. On September 6, 2024, the Court ordered that certain grand jury materials be produced to the defense. ECF No. 1289 at 2 (the "Discovery Order"). By the Discovery Order, the Court granted in part, and denied in part, defendant Justin Gray's Motion for Disclosure of Grand Jury Schedule, Instructions, and Materials, in which six other defendants joined. ECF Nos. 1122 (Gray), 1132 (Bannick), 1135 (Johnson), 1138 (Clement), 1141 (Perkins), 1209 (Weaver), and 1282 (Pitchford).

3. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, Local Rule 141.1, and its general supervisory authority.

4. The Court's Discovery Order made clear that all names and identifying information contained in the grand jury records was to be redacted before production. ECF No. 1289, at 2.

5. On September 9, 2024, Chief United States District Judge Kimberly J. Mueller issued an Administrative Order granting Gray's separate Motion for Release, Inspection, and Copying of Grand Jury Selection Records. ECF No. 1125 (Motion); ECF No. 1290 (Administrative Order). That order contained provisions for the protection of the grand jury material it ordered to be produced to the defense. ECF No. 1290, at 10–11.

6. The parties here seek a protective order extending those same, or similar, protections to the grand jury material to be disclosed per the Court's Discovery Order. The parties therefore request that the Court order the following additional limitations for any grand jury materials produced in compliance with the Discovery Order:

- The materials may be used only in connection with the preparation or litigation of a motion challenging issues arising from the ministerial and procedural grand jury records the Court has ordered to be produced. The materials may not be used in connection with any other case. Nor may they be used for jury selection, at trial or for any other purpose in this case.

- The materials may be used only by counsel or standby counsel, their legal staff, and their retained experts. Defendants shall not review or possess the materials at any time without the court's prior approval on a detailed showing of good cause. Nor may the materials be carried into or reviewed in any detention facility or the permanent or temporary residence or business of any defendant without this court's prior approval on a detailed showing of good cause.

- Under 28 U.S.C. § 1867(f), the materials may not be disclosed, shown or distributed in any manner to any third party. "Any person who discloses the contents of any record or paper in violation of" § 1867(f), and, by extension, of this order, "may be fined not more than $1,000 or imprisoned not more than one year, or both." *Id*. Violations of this order may also result in sanctions or a finding of contempt.
- Any attorney who accesses the materials is personally responsible not only for personally complying with this order, but also for the attorney's client's compliance with this order and for compliance by any expert, contractor, or member of the attorney's staff.
- At the commencement of jury selection, unless modified by order of the Court, all materials disclosed in response to this order either (a) must be returned to the court, or (b) all counsel, staff and experts must certify in a written notice filed on the docket of this action that the materials have been destroyed and no materials have been retained in any duplicative form.
- If any disclosed materials are later determined to disclose personal identifying information, the party making this determination must immediately notify the court in a written notice filed on the docket of this action. Anyone who has received that material must immediately return, destroy or delete the materials in question and file a written certification of compliance on the docket of this action.

PHILLIP A. TALBERT  
United States Attorney

Dated: September 24, 2024   By: /s/ James R. Conolly  
JAMES R. CONOLLY  
Assistant United States Attorney

Dated: September 24, 2024   By: /s/ TIMOTHY FOLEY  
TIMOTHY FOLEY  
JAMES S. THOMSON  
Counsel for Defendant  
JUSTIN GRAY

Dated: September 24, 2024   By: /s/ AMY E. JACKS  
AMY E. JACKS  
IVETTE A. MANINGO  
Counsel for Defendant  
BRANDON BANNICK

[*Signatures continue on following page*.]

Dated: September 24, 2024   By: /s/ ANDREA L. LUEM
ANDREA L. LUEM
RYAN VILLA
Counsel for Defendant
KENNETH JOHNSON

Dated: September 24, 2024   By: /s/ JEAN D. BARRETT
JEAN D. BARRETT
JANE BYRIALSEN
Counsel for Defendant
FRANCIS CLEMENT

Dated: September 24, 2024   By: /s/ THERESA DUNCAN
THERESA DUNCAN
CRISTINA BORDE
Counsel for Defendant
EVAN PERKINS

Dated: September 24, 2024   By: /s/ RANDY SUE POLLOCK
RANDY SUE POLLOCK
Counsel for Defendant
JAYSON WEAVER

Dated: September 24, 2024   By: /s/ EDWARD J. RYMSZA
EDWARD J. RYMSZA
OLIVER LOEWY
Counsel for Defendant
WAYLON PITCHFORD

**ORDER**

IT IS SO ORDERED.

Dated:   **September 26, 2024**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE