Ryan J. Villa
5501 Eagle Rock Ave NE, Ste C2
Albuquerque, NM 87113
(505) 639-5709

Attorney for Defendant
KENNETH JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH JOHNSON,<br><br>　　　　Defendant. | Case No.: 20-cr-00238-JLT-SKO<br><br><br>ORDER TO SEAL |

　　　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant, Kenneth Johnson Ex Parte Application for Order Sealing Documents is GRANTED.

　　　　Defendant Johnson's Ex Parte Application to Seal, his Ex Parte Application for Order, and the [PROPOSED] Order shall be filed *in camera* and *under seal*.

IT IS SO ORDERED.

　Dated:　__November 15, 2024__　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE