Ryan J. Villa
5501 Eagle Rock Ave NE, Ste C2
Albuquerque, NM 87113
(505) 639-5709

Attorney for Defendant,
KENNETH JOHNSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Criminal case No. 20-CR-238-JLT-SKO |
| Plaintiff, | **STIPULATION TO EXTEND THE DEADLINE TO FILE OPPOSITION TO THIRD PARTY EDD MOTION TO QUASH [ECF 1414]; [PROPOSED] ORDER DENYING STIPULATION** |
| v. | **DATE:** January 6, 2025 |
| **KENNETH JOHNSON, et a.,** | **TIME:** 1:30 p.m.<br>**PLACE:** Hon. Jennifer L. Thurston |
| Defendants. | |

Defendant Mr. Kenneth Johnson, by counsel, The Law Office of Ryan J. Villa, by Ryan J. Villa, and Andrea Luem, and Third Party Employment Development Department (EDD), by counsel Kallie D. Durkit, submits the following stipulation pursuant to the Notice of Motion and Motion to Quash [Dkt. 1414].

1. Third Party EDD filed its Notice of Motion and Motion to Quash on November 20, 2024.

2. The deadline for Defendant Kenneth Johnson to file an opposition is December 2, 2024.

3. By this stipulation, the parties now move to extend Defendant Kenneth Johnson's deadline to file his opposition to December 9, 2024.

4. Any reply from EDD will be due December 16, 2024.

5. The parties request the Court hear this Motion during the January 6, 2025, pretrial hearing.

IT IS SO STIPULATED.

Dated: December 2, 2024              /s/ RYAN VILLA
                                     /s/ ANDREA L. LUEM
                                     ANDREA L. LUEM
                                     RYAN VILLA
                                     Counsel for Defendant
                                     KENNETH JOHNSON

Dated: December 2, 2024               /s/ KALLIE D. DURKIT
                                      KALLIE D. DURKIT
                                      Deputy Attorney General
                                      Counsel for EDD

## ORDER

Due to the volume of motions being filed in this case, the fact that the issues raised in this motion arose in July 2024 (Doc. 1414-1 at 2), the fact that the motion was set on a schedule developed by counsel (*Id.*), and the fact that this stipulation leaves insufficient time for the Court to consider it—and the other pretrial motions filed in this case—the stipulation is **DENIED**.

IT IS SO ORDERED.

Dated:   **December 2, 2024**                                    _____
                                                                 UNITED STATES DISTRICT JUDGE