# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00238-JLT-SKO |
| Plaintiff, | ORDER RE MOTION FOR SPECIFIC DISCOVERY |
| v. | (Docs. 1348, 1356, 1359, & 1370) |
| KENNETH BASH, et al., | |
| Defendants. | |

Having reviewed the motions, joinders, opposition, and replies, and for the reasons set forth on the record, the Court rules as follows:

**I.  Evan Perkins's Motion for Specific Discovery (Doc. 1348)**

Defendant Evan Perkins moves to compel discovery of specific evidence. Defendants Kenneth Johnson (Doc. 1356), Brandon Bannick (Doc. 1359), and Francis Clement (Doc. 1370), join in the motion.

For the reasons set forth on the record, and in view of the upcoming trial on January 14, 2025, the motion is GRANTED as follows:

1.  **By no later than December 11, 2024**, the Government SHALL IDENTIFY, either by pointing to its location in the previously produced Jencks Act material or by Bates stamp range, evidence that the allegedly fraudulent activities were committed in furtherance of the racketeering conspiracy from February 1, 2022, to May 20, 2022,

as charged in the indictment;

2. **By no later than December 11, 2024,** the Government SHALL PRODUCE the criminal histories of Ronald Ennis and James Yagle, alleged victims of the Pomona homicide; and

3. **By no later than December 11, 2024,** the Government SHALL PRODUCE evidence of the alleged fraudulently obtained vehicle and identification card possessed during Defendant Perkins' arrest on May 24, 2023, that the Government intends to introduce under Fed. R. Evid. 404(b).

II.     **Supplement to Defendant Evan Perkins's Motion for Specific Discovery (Doc. 1359)**

In addition to joining the foregoing motion, Defendant Brandon Bannick moves to compel discovery of additional items of evidence. For the reasons set forth on the record, and in view of the upcoming trial on January 14, 2025, the motion is GRANTED as follows:

1. **By no later than December 11, 2024,** the Government SHALL PRODUCE the search warrant, affidavit in support of search warrant, and search warrant return to retrieve and download the phone associated with Defendant Bannick and all extraction evidence recovered therefrom;

2. **By no later than December 11, 2024,** the Government SHALL PRODUCE all written, recorded, and/or transcribed statements by "Heather [Last Name Unknown]," if the Government intends to call this individual as a witness at trial;

3. **Regarding Codefendant statements and interviews,** the Government is reminded of its obligations, and SHALL PRODUCE any Jencks Act, *Giglio*, and *Brady* material in accordance with the Federal Rules of Criminal Procedure and the Court's Scheduling Order (Doc. 1286);

4. **By no later than December 11, 2024,** the Government SHALL either IDENTIFY by Bates stamp range or PRODUCE (a) the crime scene diagram prepared by Forensic Identification Specialist Michele Marmolejo, (b) the Global Positioning Monitoring Report of Codefendant Gray's cell phone, and (c) the reports of the various paramedics/personnel from the Los Angeles Fire Department that arrived at

the Lomita homicide scene, to the extent these items exist;

5. **By no later than December 11, 2024,** the Government SHALL either IDENTIFY by Bates stamp range or PRODUCE the search warrant, affidavit, and return for the December 10, 2020, search of a "beige Gio Prizm associated with Free and the surveillance at La Quinta Inn & Suites in Ontario";

6. **By no later than December 11, 2024,** the Government SHALL either IDENTIFY by Bates stamp range or PRODUCE any and all body cams/body worn video in reference to victim Allan Roshanski's stolen vehicle/items reported to the Eau Claire Police Department, to the extent these items exist; and

7. **By no later than December 11, 2024,** the Government SHALL PRODUCE the criminal history of victims Ruslan Magomedgadzhiev and Allan Roshanski.

IT IS SO ORDERED.

Dated: __**December 4, 2024**__                    _/s/ Sheila K. Oberto_
                                                                        UNITED STATES MAGISTRATE JUDGE