**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
JUROR QUESTIONNAIRE

Thank you for appearing for jury service. Before the parties begin presenting their cases, they must select a jury. The judge and the attorneys need to know information about you and the other potential jurors to select jurors who can be fair to both sides. Not every person is the best juror for every case.

Today, you will complete this questionnaire, then return it to the Jury Commissioner. Afterward, you can then leave the courthouse for the day, but you must return tomorrow on January 14, 2025. At that time the court and the lawyers may ask you and the other possible jurors questions, which will help them choose those who may be the most fair and impartial for this case. Jury selection will go from 8:30 a.m. to about 4:30 p.m. with breaks in morning and afternoon break and a break for lunch.

This questionnaire is part of the formal jury selection process. It will become part of the court's case record and will be reviewed by the judge and the attorneys in this case. You must provide your answers to the questions contained in this questionnaire under penalty of perjury. You must complete this document by yourself and not consult with any other person about your answers.

It is extremely important you answer the questions in this questionnaire honestly and completely. There are no "right" or "wrong" answers. We are seeking only your true and complete answers.

The questions may ask about your experiences and opinions on certain matters. If you want to provide additional information, the section's final part reading "Other" gives you space to write that.

You are ordered not to discuss anything connected with this case with anyone including your family and close friends or anyone else. The only exception is you may tell your family and employer the name and place of this trial and your time requirements as a juror. Beyond that, you must not discuss anything about this case with anyone. You are also ordered not to read, listen to, nor watch any news or other media accounts of this case, though we have no information that there will be media accounts related to this case. Do not allow anyone to discuss these subjects with you.

/s/Jennifer L. Thurston
_____
Jennifer L. Thurston
United States District Judge

AFTER COMPLETING THIS QUESTIONNAIRE, PLEASE FOLLOW THE JURY COMMISSIONER'S FURTHER INSTRUCTIONS.

**JUROR IDENTIFICATION DATA
AND VERIFICATION**

Name:

Juror Identification Number (From your juror badge):

**------- INSTRUCTIONS -------**

Carefully and completely answer all the questions in this questionnaire. You are answering these questions to the best of your knowledge and under penalty of perjury.

To protect your privacy, please do not include specific identifying information, such as specific places of residence, specific places of employment, or the names of specific individuals in your answers. Instead, generally describe places or individuals, such as "grocery store," "CPA's office," or "my cousin."

When you have finished, you will receive further instructions from the Jury Commissioner.

**<u>DECLARATION</u>**

**I have read and completed the attached questionnaire. I declare under penalty of perjury under the laws of the United States of America that my answers are true and correct to the best of my knowledge and belief. I further declare that I have received no assistance from any other person in deciding how to answer any of the questions.**

Dated:                                                                            _____
                                                                                            **Prospective Juror Signature**

## **QUESTIONS**

1. Juror Identification Number (From your juror badge):

2. What is your gender:  Male              Female              Non-Binary

3. What is your age?

4. What is your race/ethnicity?

5. Do you have difficulty reading, speaking or understanding English?

6. Do you have any physical or mental condition that would impact your ability to serve as a juror? Yes  No

    a. If yes, please explain:

7. Do you have hearing difficulties not corrected by a hearing aid? Yes No

8. Do you have trouble seeing even with glasses or contacts? Yes No

9. Are you taking any medication(s) regularly? Yes No

10. If yes, do any of these medications affect your memory, concentration, or decision making? Yes No

    a. If yes, what are the medications and how do they affect you?

11. City of residence?

12. Years at residence?

13. Current Occupation or your last occupation if your no longer work:

    a. How long with current employer?

    b. City where you report to work:

    c. Your duties:

14. If you have a prior occupation what was your prior occupation?

    a. How long with prior employer?

    b. City where you reported to work:

    c. Your duties:

15. Have you ever had responsibility for hiring or firing employees? Yes     No

16. Have you ever served in the military? Yes No

    a. If yes, when and where you served, which branch, your highest rank, and whether you were ever deployed to a combat zone.

17. Current marital status: Single          Married          Divorced          Widowed          Living with significant other

    a. If you have a spouse or significant other, what is your partner's occupation?

    b. If previously married, what is/was your former spouse's occupation?

18. For each of your children or stepchildren, please list the age, gender, occupation and/or "student" (if post-high school, list the study emphasis), and marital status of each (whether living with you or living elsewhere):

    a. Age          Gender          Occupation          Marital status

19. Others living with you:

    a. Relationship to you    Age    Gender    Occupation    Marital status

20. If people other than your spouse/significant other and children live with you, please list their ages, genders, and occupation or student (study emphasis) and their relationships to you:

    a. Age          Gender          Occupation          Marital status

21. What are/were your parents' occupations?

22. What civic, religious, social, advocacy, professional, or trade clubs, memberships, or organizations do you belong to or make ongoing donations?  (Please list any offices held.)

23. What is the highest level of education you have completed?

24. Please list any degrees, licenses, and certificates you have earned:

25. Are you currently attending school?  Yes        No

    a. If you are attending school, what is/are your primary area(s) of study?

    b. Do you have further educational plans in the future?  Yes        No

26. Have you ever worked, including volunteer work, or had any training or education in any type of law enforcement related job or agency?  Yes        No

    a. If Yes, please explain who, when, where, and the type of job:

27. Have any of your close friends or family members ever worked, including volunteer work, or had any training or education in any type of law enforcement related job or agency? (Examples include working with a police department, sheriff's department, government investigators, prosecutors, jail or prison officials, parole or probation offices or juvenile authorities.)    Yes    No

    a. If Yes, please detail:

    b. Relation to you    Agency        Job Title        When

    c. (Example: Cousin        Fresno Police  Officer      1984-1994)

28. What is your general attitude toward law enforcement officials? Very Positive   Positive       Neutral     Negative     Very Negative

    a. Why do you have this attitude regarding law enforcement?

29. Have you ever had a particularly good or bad experience with law enforcement officials?     Yes    No

    a. If yes, please detail your experience:

30. Do you know any person connected to the court system, such as a lawyer, judge, bailiff, clerk or court reporter?   Yes        No

    a. If you answered "Yes," who are these persons, where do/did they work and when?

    b. Relation to you     Where they worked          Job Type       When

    c. (Example: Friend              Fresno Superior Court       Judge         1984-1994)

31. Do you have strong feelings, one way or the other, about the criminal justice system? Yes     No

    a. If yes, please explain:

32. Have you, a close relative or close friend ever been a witness to a crime? Yes No

    a. If you answered "Yes" to this question, please explain your relationship to the witness, the nature of the crime, when the crime occurred and a brief description of the crime:

    b. Relation to you    The crime              When       What happened?

    c. (Example: Me             Vandalism           1998          Someone tagged my fence)

    d. Was there a trial? Yes       No

        i. If yes, did you attend the trial? Yes No

    e. Is there anything about this experience, that may it difficult for you to be fair or impartial in this case?

33. Have you, a close relative or a close friend ever been a victim of a crime? Yes No

    a. If you answered "Yes," to this question, please explain your relationship to the victim, the nature of the crime alleged, when this occurred and a brief description of the circumstances:

    b. Relation to you    The crime              When  What happened?

    c. (Example: Me                 Vandalism            1998           Someone tagged my fence)

    d. Was there a trial? Yes       No

        i. If yes, did you attend the trial? Yes No

    e. Is there anything about this experience, that may it difficult for you to be fair or impartial in this case?

34. Have you, a close relative or close friend ever been investigated, arrested or accused of a crime (even if the case did not go to court)? Yes  No

    a. If you answered "Yes" to this question, please explain your relationship to the accused, the nature of the crime alleged, when this occurred, and a brief description of the circumstances:

    b. Relation to you      The crime      When      What happened?

    c. (Example: Brother      Theft      2020      They claimed he stole from a store)

    d. Was the person convicted of the crime?      Yes      No

    e. Was there a trial?      Yes      No

        i. If yes, did you attend it?      Yes      No

    f. Did the person spend any time in jail or prison as a result?      Yes      No

    g. Is there anything about this experience, that may it difficult for you to be fair or impartial in this case?      Yes      No

        i. If yes, please explain:

35. Please circle the letter in front of any of the statements below if those statements reflect your experience or opinion.

    a. I was a victim of or a witness to violent crime.

    b. I have a close friend or family member who was murdered.

    c. I worked with someone or had someone in my greater social circle (school, church, etc.) who was murdered.

    d. I have a close friend or family member who was a victim of violent crime.

    e. I worked with someone or had someone in my greater social circle (school, church, etc.) who was a victim of violent crime.

    f. I feel that I suffer continuing physical or emotional trauma from a violent crime.

    g. I regularly associate with a person who continues to suffer physically or emotionally from a violent crime.

    h. My work or volunteer work brings me into contact with people who are survivors of attempted murder or other violent crime.

    i. None of these apply to me.

    j. Unless you selected "i", please describe your experience:

36. Is there anything about your experience as detailed in the question above about violent crime that may make it difficult for you to be fair or impartial in this case?      Yes      No

    a. If yes, please explain:

37. Have you served on a trial jury?      Yes      No

    a. If yes, for each case, list the year you served, whether it was civil or criminal and, if a criminal case, what the charge(s), whether your jury reached a verdict and whether you were the foreperson:

    b. Year    Civil or Criminal?    If criminal, what were the charges?   Did you come to a verdict? Were you the foreperson?

    c. Is there anything about your prior jury experience that would make it difficult for you to be fair and impartial in this case to either the defendants or the government?    Yes    No

        i. If yes, explain:

38. This trial will include testimony about the Aryan Brotherhood and/or similar gangs. The Aryan Brotherhood is a gang that that consists of white inmates from the prison population. In this trial, the defendants are alleged to be involved with the Aryan Brotherhood and are accused of participating in criminal activity, including drug trafficking, fraud and murder, related to the gang. Please select the statement(s) below that reflects your experience or opinion.

    a. I now belong, or used to belong, to a gang.

    b. I have a close family member who now belongs, or used to belong, to a gang.

    c. I have a close friend who now belongs, or used to belong, to a gang.

    d. I know people who now belong or used to belong to a gang.

    e. I have been a victim of gang crime.

    f. I have a close friend or family member who has been a victim of gang crime.

    g. I know other people who have been victims of gang crime.

    h. I have read about gangs or learned about gangs from the media.

    i. None of these apply to me.

    j. Unless you selected "i", please describe your experience:

39. Is there anything about your experience as detailed in the question above about gangs that may make it difficult for you to be fair or impartial in this case?    Yes    No

    a. If yes, please explain:

40. Do you have any knowledge about the Aryan Brotherhood or other prison gang?    Yes    No

    a. If yes, please explain:

41. In general, how concerned are you about prison gangs? Very Concerned    Somewhat Concerned    Not Concerned

42. Do you have any knowledge about other gangs that are not based in prisons? Yes    No

    a. If yes, please explain:

43. In general, how concerned are you about gangs that exist outside of prisons? Very Concerned    Somewhat Concerned    Not Concerned

44. In this trial, the defendants are alleged to be involved with the Aryan Brotherhood and are accused of participating in criminal activity related to this gang. Does the fact that the defendants are alleged to be involved in a gang in general or the Aryan Brotherhood in particular, have any impact on your ability to serve on this jury? Yes    No

    a. If yes, please explain:

45. If you are selected on this jury and during deliberations, you find that you have a reasonable doubt that the defendant is guilty of the charged crime. In this instance, the law would require that you find he is not guilty of the offense, even if you find that he is involved in the Aryan Brotherhood or other gang. Would you have any hesitation in following the law?         Yes    No

    a. If yes, please explain:

46. In this trial, there are several defendants, each of whom are entitled to individual consideration. If you are selected on this jury, would you have any hesitation in evaluating the evidence as to each defendant individually?         Yes    No

    a. If yes, please explain:

47. Have you, a close friend or relative ever abused or been addicted to drugs? Yes        No

    a. If yes, please explain:

48. This trial is expected to last approximately three months. The trial will not be held on Mondays, weekends, or Federal holidays. Once the jury is selected, the trial day will begin at 8:00 AM and conclude at 1:30 PM Tuesday through Friday. Would you suffer a significant hardship if you were selected on this jury? YES NO

    a. If YES, please explain:

49. Do you have any personal, family, or professional obligations that you feel would seriously interfere with your ability to focus and concentrate as a juror in this case? YES NO

    a. If YES, please explain:

50. If you are concerned about a financial hardship, does your employer pay you for time missed due to jury service? YES      NO     NOT APPLICABLE    UNSURE

    a. If you are unsure, please find out before you return to court for jury selection questioning.