UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN GRAY, et al,<br><br>Defendants. | Case No. 1:20-CR-00238-JLT-SKO<br><br>ORDER GRANTING REQUEST FOR IN-CAMERA REVIEW OF DOCUMENTS SUBPOENAED FROM THE EDD.<br><br>(Doc. 1414) |

Mr. Johnson issued a subpoena to California's Employment Development Department for records for claims made by residents of the home near where the murders, alleged in Counts Two and Three of the Third Superseding Indictment, occurred. (Doc. 1098 at 14-15) Counsel filed a document under seal setting forth good cause for the Court to conduct an in-camera review of the records sought from the EDD. (Doc. 1596) Because the Court appreciates and takes seriously the reasons for the confidentiality of these records, the Court takes the interim step of conducting an in-camera review before determining whether the records should be disclosed. Thus, the Court **ORDERS**:

1. No later than **January 24, 2025**, California's Employment Development Department, **SHALL** produce the records subpoenaed by Mr. Johnson to the Court for in-camera review. The EDD **SHALL** produce the records either by email to JLTOrders@caed.uscourts.gov or via a thumb drive sent by overnight delivery to the Court.

2. Along with the records the EDD **SHALL** provide a proposed protective order for use by the Court in the event the Court finds disclosure of the records to be legally justified.

3. In addition to the relevant parties in this case, service of this order SHALL include service to counsel for the EDD, Deputy Attorney General, Kallie Durkit.

IT IS SO ORDERED.

Dated:   **January 16, 2025**

UNITED STATES DISTRICT JUDGE

2