1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  DARRELL W. SPENCE, State Bar No. 248011
   Supervising Deputy Attorney General
3  KALLIE D. DURKIT, State Bar No. 330297
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 510-3832
    Fax:  (415) 703-5480
6   E-mail:  Kallie.Durkit@doj.ca.gov
   *Attorneys for Third Party in Interest*
7  *Employment Development Department*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 20-CR-238-JLT-SKO |
|---|---|
| Plaintiff, | [~~PROPOSED~~] PROTECTIVE ORDER |
| v. | Date:        January 24, 2025<br>Courtroom:   4<br>Judge:       The Honorable Jennifer L. Thurston |
| KENNETH JOHNSON, | |
| Defendant. | |

TO: ALL PARTIES AND THEIR AGENTS WHO RECEIVE COPIES OF THE UNEMPLOYMENT BENEFIT-RELATED INFORMATION RELATED TO NON-PARTIES ASSOCIATED WITH ADDRESS 2121 255TH ST., LOMITA, CA, DISCUSSED HEREIN:

WHEREAS, Defense Counsel Ryan J. Villa and Andrea Lee Luem, in their capacity as attorneys for Kenneth Johnson in the above-entitled action, have subpoenaed documents related to any records associated with the address 2121 255th St., Lomita, CA, from the California Employment Development Department (EDD), and the documents produced by EDD pursuant to court order regarding that subpoena contain confidential information,

IT IS THEREFORE THE ORDER OF THE COURT that:

1. The above listed evidence shall not be used by the Defense or Prosecution for any purpose other than in connection with the above named Defendant in the above-entitled case.

2. The above listed evidence shall not be publicly exhibit, shown, displayed, or used in any fashion except in judicial proceedings in the above-entitled case. This provision is not intended to prohibit the Defense or Prosecution from exhibiting the evidence to any person(s) necessary for the preparation and/or presentation of the defense.

3. The above listed evidence shall not be duplicated, except as required in connection with the Defense or Prosecution of the instant case. Each copy shall be governed by this Order as if it was an original.

4. The above listed evidence shall not be provided to anyone outside the Prosecution and/or Defense Team(s).

5. Before either Party may provide any of the above listed evidence to a witness, the Party shall serve that individual with a copy of this Order. Proof of service of this Order shall be retained by the disclosing Party.

6. Personally identifying information, including, but not limited to, date of birth, address, email, phone number, bank account information, and Social Security Identification number, shall be redacted when presented by the Defense or Prosecution in open court.

7. In the event that record(s) are attached to court filings or made part of the public record in this case, such copies must be clearly labeled "CONFIDENTIAL" and redacted to protect any personally identifying information.

8. Any violation of this Order shall be subject to any appropriate remedies including, but not limited to, contempt of court.

9. The terms of this Order apply equally to counsel for the Defense and Prosecution, their employees, and their agents.

////

////

////

10. Upon entry of final judgment regarding the above-listed matter, including resolution of any appeal, all copies of the above-listed evidence shall be returned to EDD for confidential destruction, or certified destroyed in their entirety.

IT IS SO ORDERED.

Dated: January 24, 2025

HON. JENNIFER L. THURSTON